# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-BNB

INGMAR GILLON,

    Plaintiff,

v.

BUREAU OF PRISONS, and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND**

On March 9, 2007, Plaintiff submitted a certified copy of his inmate account statement. Plaintiff also filed a request along with the account statement, asking that the Court only consider his six month average for deposits. In accordance with 28 U.S.C. § 1915(b)(1), the Court is required to determine the initial partial filing fee based on the greater of either the average monthly deposits to Plaintiff's account or the average monthly balance in his account. Therefore, Plaintiff's request that the Court only consider his average monthly deposits is DENIED.

Dated: March 12, 2007

Copies of this **Minute Order** were mailed on March 12, 2007, to the following:

Ingmar Gillon
Reg. NO. 08242-029
USP - Florence
P.O. Box 7000
Florence, CO 81226

_____
Secretary/Deputy Clerk