IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

    Plaintiff,

v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 1, 2007.**

    Plaintiff's "Motion from Magistrate's Order" [Filed May 30, 2007; Docket #26] is **granted** as specified herein. The Court construes this as a motion for extension of time and will allow Plaintiff to make his first payment on or before June 30, 2007. Continuing monthly payment shall be made by the end of each month thereafter.