IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

      Plaintiff,

v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

      Plaintiff's Motion from Magistrate's Order [Filed June 20, 2007; Docket #34] is **granted as specified below**.  Plaintiff's payment shall be made by **July 15, 2007**, and now that Plaintiff is aware of the requirement, each payment shall be made by the end of the month thereafter.