IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

      Plaintiff,

v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

      Plaintiff's Motion to Amend Complaint [Filed September 7, 2007; Docket #48] is **denied as moot**, based on the filing of Plaintiff's amended Motion to Amend Complaint filed on September 11, 2007. Defendants' response deadline will run from the filing of the amended motion.