IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

      Plaintiff,

v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 1, 2007.**

      Plaintiff's Motion to Show Cause [Filed October 1, 2007; Docket #58] is **denied**. As Plaintiff states, the monthly statements are issued by his institution between the 10th and 15th of each month. Yet, Plaintiff has not submitted a certified account statement since May 10, 2007. Docket #17. Having known of this requirement since at least May, Plaintiff has not established good cause for his failure to submit a statement in any of subsequent months.

      Plaintiff also requests a preliminary injunction against the Defendants with regard to monies withdrawn from his inmate trust account apparently for restitution. Plaintiff must follow the internal grievance procedure at his institution for this entirely separate cause of action.