IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

      Plaintiff,

v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 13, 2007.**

      Plaintiff's Motion for Amend/Reconsideration of Judge's Order [Filed November 9, 2007; Docket #73] is **denied**. The premise of Plaintiff's Motion is that the Court considered the wrong motion to amend, one with a topographical error. Even so, the Court recommended that the motion be denied because Plaintiff is attempting to change his FOIA lawsuit into a civil rights lawsuit through a motion to amend, which the Court sees no reason to allow.

      Plaintiff's Motion for Court's Assistance of Clerical Mistakes with Exhibits A Through E [Filed November 9, 2007; Docket #74] is **denied**. It is not the duty of the Clerk of the Court to provide Plaintiff with a copy of the docket free of charge.