IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02383-MSK-MEH

INGMAR GILLON,

    Plaintiff,
v.

BUREAU OF PRISONS and
FEDERAL CORRECTIONAL INSTITUTION-FLORENCE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 10, 2008.**

    Plaintiff's Motion to the Court Regarding Legal Correspondence [Filed January 7, 2008; Docket #82] is **granted as specified herein**. Plaintiff's Objections to the Magistrate Judge's Recommendations and Plaintiff's Fourth Motion to Amend Complaint have been received by the Court and remain pending. These matters will be handled in due course. The docket currently numbers eight pages in length.